**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1305**

---

KERRIN ANN BARRETT,

       Plaintiff - Appellant,

   v.

PAE INCORPORATED,

       Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:21-cv-00107-RDA-JFA)

---

Submitted:  November 23, 2022                     Decided:  December 29, 2022

---

Before DIAZ and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kerrin Ann Barrett, Appellant Pro Se. John Michael Remy, JACKSON LEWIS PC, Reston, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kerrin Ann Barrett appeals the district court's order dismissing on res judicata grounds her civil complaint asserting claims under the False Claims Act, 31 U.S.C. § 3730(h), and the National Defense Authorization Act, 41 U.S.C. § 4712.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Barrett v. PAE Inc.*, No. 1:21-cv-00107-RDA-JFA (E.D. Va. Feb. 16, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*